Beatrice Feldman, appellee, v. Illinois State Pawners Association et al., defendants, on appeal of Emanuel M. Edelson et al., appellants. Gen. No. 37,412.

Heard in the first division of this court for the first district. Opinion filed March 5, 1934. Rehearing denied March 19, 1934.

David Froehlich and Alfred Beck, for appellants. Max M. Korshak and Harry J. Myerson, for appellee; Roy S. Gaskill and Sander A. Kane, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Beatrice Feldman, appellee, v. Illinois State Pawners Association et al., on appeal of Illinois State Pawners Association and Joseph E. Korshak, appellants. Gen. No. 37,413.

Heard in the first division of this court for the first district. Opinion filed March 5, 1934. Rehearing denied March 19, 1934.

David Froehlich and Alfred Beck, for appellants. Max M. Korshak and Harry J. Myerson, for appellee; Roy S. Gaskill and Sander A. Kane, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Charles Starck et al., defendants in error, v. Solon Gold et al., plaintiffs in error. Gen. No. 36,962.

Heard in the first division of this court for the first district at the October term, 1933. Opinion filed March 5, 1934.

Fagenholz & Kaplan, for plaintiffs in error. Ekern & Meyers, for defendants in error; Russell H. Matthias and Luther F. Binkley, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Michael Narvid, appellee, v. Albert J. Horan et al., appellants. Gen. No. 37,127.

Heard in the first division of this court for the first district at the October term, 1933. Opinion filed March 5, 1934.

Harold O. Mulks, for appellants. Theodore A. Spence, for appellee; John A. Cervenka, Jr., of counsel.

Mr. Justice McSurely delivered the opinion of the court.